# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3655

_____

MICHAEL J. MARTIN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

October 31, 2018

PER CURIAM.

    DENIED.

OSTERHAUS and WINSOR, JJ., concur; WOLF, J., dissents with opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

WOLF, J., dissenting.

I would grant the petition for ineffective assistance of appellate counsel. *See Andujar-Ruiz v. State*, 205 So. 3d 803 (Fla. 2d DCA 2016) (holding appellate counsel was ineffective for failing to argue trial court's instruction on duty to retreat constituted fundamental error).

<hr>

Michael J. Martin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Respondent.